# ELECTRONIC RECORD

COA # 01-13-00408-CR          OFFENSE: 42.09 (Cruelty to Animals)

STYLE: Wydell Dixon v. The State of Texas    COUNTY: Galveston

COA DISPOSITION: AFFIRM          TRIAL COURT: 56th District Court

DATE: 12/16/2014          Publish: YES   TC CASE #: 12CR0748

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Wydell Dixon v. The State of Texas          CCA #: _____

___APPELLANT'S___ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

___REFUSED___                             JUDGE: _____

DATE: 04/29/2015                          SIGNED: _____   PC: _____

JUDGE: Per Curiam                         PUBLISH: _____   DNP: _____

----------------------------

___APPELLANT'S___ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: PC   June 17, 2015

# ELECTRONIC RECORD